417 A.2d 761

Cook, Appellant, v. ERB Shipside and
Warehouse Services, Inc.

Argued March 21, 1979. Arnold Levin, for appellant; James P. Dornberger, for appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Order affirmed.

417 A.2d 762

Leeds & Northrup v. County Line Land Corp., Appellant.

Argued March 20, 1979. Philip D. Weiss, for appellant; Robert C. Heim, for appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Decree affirmed.